**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Jacquelyn Schell
Tel: 646.446.8048
Fax: 212.223.1942
SchellJ@ballardspahr.com

September 19, 2024

*By Electronic Filing*

Honorable Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *In re: Paramount Global, et al.*, Case No. 1:24-mc-00432-RA (S.D.N.Y.)
      Certification of Meet and Confer Prior to Moving to Quash Non-Party Subpoenas

Dear Judge Abrams:

We represent Paramount Global ("Paramount"), New Remote Productions Inc. ("NRP"), and Zero Point Zero Productions, Inc. ("ZPZ") (together, the "Non-Parties") in the above-referenced miscellaneous action. We write, pursuant to Rule 3 of Your Honor's Individual Rules & Practices in Civil Cases, to certify that counsel for the Non-Parties met and conferred with counsel for the plaintiffs in the underlying action ("Plaintiffs") on multiple occasions before moving to quash, but the process was unsuccessful.

In addition to the objection letters referenced in the Non-Parties' pre-motion letter (Dkt. 1), I spoke with Frank Trechsel by telephone on August 26, 2024, and with Scott Burroughs by telephone on September 12, regarding the objections to Plaintiffs' subpoenas and request that Plaintiffs withdraw the deposition request. I understand from ZPZ's additional counsel at Frankfurt Kurnit Klein & Selz PC, that they also spoke with Mr. Burroughs about these concerns on September 17, 2024. We were unable to resolve our disputes regarding the Subpoena.

Respectfully submitted,

*/s/ Jacquelyn N. Schell*

Jacquelyn Schell

cc:   Scott Burroughs, Esq., Counsel for Plaintiffs, *via email*
      Frank R. Trechsel, Esq., Counsel for Plaintiffs, *via email*
      Benjamin F. Tookey, Esq., Counsel for Plaintiffs, *via email*
      Michael Salik, Esq., Frankfurt Kurnit Klein & Selz PC, *via email*
      Maura J. Wogan, Esq., Frankfurt Kurnit Klein & Selz PC, *via email*
      Julie Murray, Esq., Frankfurt Kurnit Klein & Selz PC, *via email*