**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**In re PARAMOUNT GLOBAL, et al.,**

                                                                     **24-MC-00432 (RA)(SN)**

                                                                     **ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      This case was recently referred to my docket for general pretrial matters and to report and recommend on a dispositive motion to quash. By October 2, 2024, any party that intends to oppose the motion to quash the subpoena must file a three-page letter brief responding to the Non-Parties' September 18, 2024 letter at ECF No. 1.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      September 27, 2024
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2024