UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re PARAMOUNT GLOBAL, et al.,

24-MC-00432 (RA)(SN)

-----------------------------------------------------------------X

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Court held a conference on Wednesday, February 12, 2025, and heard argument from Movants and Plaintiffs/Propounding Parties on the motion to quash. For the reasons stated at the conference, the motion to quash is GRANTED. If the court in the underlying litigation in California determines that Plaintiffs own a protectable copyright and the litigation in that case proceeds to Phase II, the Plaintiffs/Propounding Parties may re-serve a narrowed subpoena upon the Movants and, after the parties have met and conferred, the Movants may move to quash, if warranted. Because the Court has held that the reporter's privilege applies, the Plaintiffs/Propounding Parties must establish that any future subpoena seeks materials that are "of likely relevance to a significant issue in the case, and are not reasonably obtainable from other available sources." Gonzalez v. Nat'l Broad. Co., Inc., 194 F.3d 29, 36 (2d Cir. 1999).

      Because this ruling does not necessarily resolve this application, the Plaintiffs/Propounding Parties are directed to file a status letter indicating whether this case should remain open by August 11, 2025.

      The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 1.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 12, 2025
                New York, New York