Attorneys admitted in
California, New York,
Texas, Colorado,
and Illinois

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038



August 8, 2025

DELIVERED VIA ECF
The Honorable Sarah Netburn
U.S. Magistrate Judge
Southern District of New York

      Re:    *In re PARAMOUNT GLOBAL,* Case No. 24-MC-00432 (RA)(SN)
              **Status Report**

Dear Judge Netburn:

The parties submit this status letter in accord with Your Honor's February 12, 2025 Order requiring an update on the underlying matter that gave rise to the subpoena at issue in this action. See Dkt. No. 16. That underlying matter is ongoing. The parties to that case are briefing under Fed.R.Civ.P. 56 the issues of originality and protectability as they apply to copyrighted work and expect a ruling on this issue, which will end this bifurcated phase of the case, issue by year's end.

So owing, it is respectfully requested that this case remain open so that should the case proceed to the next phase the Plaintiff can address the issues raised in these proceedings to the extent necessary. The parties can file an additional status report by January 9, 2026. This response is provided with the consent of all counsel tot his case.

                                                    Respectfully submitted,

                                  By: _____
                                        Scott Alan Burroughs
                                        For the Firm

SO ORDERED.
Date: _____                         By: _____
                                        Honorable Sarah Netburn