

Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

January 9, 2026

**DELIVERED VIA ECF**
The Honorable Sarah Netburn
United States District Judge
Thurgood Marshall
40 Foley Square
New York, New York 10007

| | |
|---|---|
| Case Title: | *In re Paramount Global et al.,* 1:24-mc-0432-RA-SN |
| Re: | Status Update |

Your Honor:

    This office represents Cleveland Constantine Browne, The Estate of Wycliffe Johnson, and Steely & Clevie Productions Ltd., (collectively "Respondents") in connection with the above referenced action. We write with the consent of Paramount Global, New Remote Productions Inc., and Zero Point Zero Productions, Inc. (collectively, "Movants") in accord with this Court's Order of August 11, 2025 (Dkt. No. 20) to provide a status update for the "California case, including any resolution of the motions relating to originality and protectability."

    The California action is currently pending. Discovery in phase one of the bifurcated action has closed and the parties have briefed and argued their respective summary judgment motions. The court is expected to rule within the next 30 days. Depending on the substance of that ruling, the case will proceed in some capacity to the next phase.

    In light of the foregoing, Respondents respectfully request that the Court maintain the status quo in this matter and require the parties to deliver a status report in 90 days or after discovery opens in the next phase. All parties consent to this request. This is our first request of this nature. We thank Your Honor for your attention to this matter.

                                      Respectfully submitted,

                            By:    */s/Scott Alan Burroughs*
                                    Scott Alan Burroughs, Esq.
                                    For the Firm

**SO ORDERED.**

Date: _____, 2026        By:  _____
                                                    Honorable Sarah Netburn
                                                      United States Magistrate Judge