USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**In re PARAMOUNT GLOBAL, et al.,**

**24-MC-00432 (RA)(SN)**

**---------------------------------------------------------------X**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 14, 2026, the Court ordered the parties to submit a status report regarding the underlying state case by no later than Monday, July 13, 2026. As of today's date, the parties have not filed their status report. The parties are ORDERED to file their status report by no later than Monday, July 20, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 15, 2026
New York, New York