

Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

July 20, 2026

**DELIVERED VIA ECF**

The Honorable Sarah Netburn
United States District Judge
Thurgood Marshall
40 Foley Square
New York, New York 10007

|  |  |
|---|---|
| **Case Title:** | ***In re Paramount Global et al.,***<br>**1:24-mc-0432-RA-SN** |
| **Re:** | **Status Update** |

Your Honor:

This office represents Cleveland Constantine Browne, The Estate of Wycliffe Johnson, and Steely & Clevie Productions Ltd., (collectively "Respondents") in connection with the above referenced action. We write with the consent of Paramount Global, New Remote Productions Inc., and Zero Point Zero Productions, Inc. (collectively, "Movants") in accord with this Court's Order that we provide a status update for the "California case, including any resolution of the motions relating to originality and protectability."

In, the California action, the Court recently, on July 1, 2026, ruled on the parties' dueling summary judgment motions, denying both and finding triable issues for a jury to decide. The Defendants have filed a motion for reconsideration, with an August 14, 2026 hearing date. The court has requested that the parties submit a proposed procedure for the next phase, which will include discovery on additional issues not covered in the first phase, which addressed whether the music at issue was protectable.

In light of the foregoing, Respondents respectfully request that the Court maintain the status quo in this matter and require the parties to deliver a status report in 90 days or after discovery opens in the next phase. All parties consent to this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By:     */s/Scott Alan Burroughs*     .
Scott Alan Burroughs, Esq.
For the Firm

**SO ORDERED.**

Date: _____, 2026         By:     _____
Honorable Sarah Netburn
United States Magistrate Judge

1