Attorneys admitted in
California, New York,
Texas, Colorado, and
Illinois

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

DONIGER / BURROUGHS LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

October 19, 2026

**DELIVERED VIA ECF**
The Honorable Sarah Netburn
United States District Judge
Thurgood Marshall
40 Foley Square
New York, New York 10007

**Case Title:** ***In re Paramount Global et al.,***
**1:24-mc-0432-RA-SN**
**Re:** **Status Update**

Your Honor:

This office represents Cleveland Constantine Browne, The Estate of Wycliffe Johnson, and Steely & Clevie Productions Ltd., (collectively "Respondents") in connection with the above referenced action. We write with the consent of Paramount Global, New Remote Productions Inc., and Zero Point Zero Productions, Inc. (collectively, "Movants") in accord with this Court's Order that we provide a status update for the "California case, including any resolution of the motions relating to originality and protectability."

In the California action, the Court ruled on the parties' dueling summary judgment motions, denying both and finding triable issues for a jury to decide. The Defendants filed a motion for reconsideration, with an August 14, 2026 hearing date, and that motion was granted. Plaintiffs have filed a motion to have that reconsideration order vacated, which is set to be heard on October 30, 2026. The court has also requested that the parties submit a proposed procedure for the next phase, which will be submitted once the Court rulings on the pending motion.

In light of the foregoing, Respondents respectfully request that the Court maintain the status quo in this matter and require the parties to deliver a status report in 90 days or after discovery opens in the next phase. All parties consent to this request. We thank Your Honor for your attention to this matter.

Respectfully submitted,

By: */s/Scott Alan Burroughs* .
Scott Alan Burroughs, Esq.

The parties' request is GRANTED. The parties are ORDERED to file a status report by the earlier of (1) Wednesday January 20, 2027, or (2) after discovery opens in the next phase of the California case.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 22, 2026
New York, New York